AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

FILED
JAN 23 2026
U.S. DISTRICT COURT- WVND
WHEELING, WV 26003

| | |
|---|---|
| United States of America<br>v.<br>EDWARD MCELROY<br><br>Defendant(s) | Case No. 5:26-mj-5 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 22, 2025__ in the county of __Marshall__ in the __Northern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) and (b)(1)(C) | Distribution of Methamphetamine |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Brady McConnell, TFO, OVDTF
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: 01/22/2026

_____
Judge's signature

City and state: Wheeling, West Virginia

John P. Bailey, U.S. District Judge
_____
Printed name and title