IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| v. | Case No. 5:26-mj-5 |
| **EDWARD MCELROY** | |
| **Defendant.** | |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Brady McConnell, being first duly sworn, hereby depose and state as follows:

1. On December 15, 2025, investigators at the Ohio Valley Drug Task Force (OVDTF) received information about a subject identified as "E" being a methamphetamine supplier to the Ohio Valley. A phone number for "E" was provided to investigators (330-402-0990). Investigators utilized law-enforcement resources and social media to find an associated name of EDWARD MCELROY and ED MCELROY, both appearing to be the same individual. Further investigation led investigators to an Ohio registered (KUT3394) Chevrolet pick-up truck belonging to EDWARD R MCELROY. This subject's information was checked and found to be the full name of EDWARD ROBERT MCELROY. This subject shall be further referred to as MCELROY.

2. On December 22, 2025, the OVDTF utilized a confidential informant (CI) to conduct a controlled purchase of $1,300 worth of methamphetamine from MCELROY. This controlled purchase occurred at Planet Fitness, 311 Lafayette Avenue, Moundsville, Marshall County, West Virginia 26041.

3. On that date, MCELROY met with the CI at Planet Fitness. MCELROY arrived in the previously mentioned black Chevrolet pick-up truck bearing Ohio registration KUT3394. MCELROY parked his vehicle and approached the CI's vehicle, where he handed the CI a black

plastic grocery bag and received $1,300 in pre-recorded OVDTF funds.

4. After the purchase, Task Force Officers McConnell and Burke met with the CI and retrieved the grocery bag. Inside of the grocery bag was a large Ziploc baggie containing suspected methamphetamine. Investigators then returned to the OVDTF office where the suspected methamphetamine was field tested, which yielded a positive result for methamphetamine. In its packaging, the methamphetamine weighed 225.48 grams.

5. Based on the forgoing, there is probable cause that, on or about December 22, 2025, in Marshall County, in the Northern District of West Virginia, **EDWARD MCELROY,** did unlawfully, knowingly, intentionally, and without authority, distribute methamphetamine, a Schedule II controlled substance, in exchange for a sum of United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

I swear and affirm under penalty of perjury that the information in this affidavit is true to the best of my knowledge and belief.

Brady McConnell
Task Force Officer
Ohio Valley Drug Task Force

Subscribed and sworn to before me on  1/22/2026  .

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE